United States Bankruptcy Court
District of Minnesota

In Re:

Richard R. Lahr                                  Case No.: 21-60376
      Debtor                                        Chapter 12

ADDENDUM

The debtor submits the following addendum to the Modified Plan dated April 15, 2024:

"The amount to be paid to Rebecca Koster, the holder of the class 3 claim, is corrected to be $80,000.00.

Except as corrected hereby, the provisions of the Modified Plan dated April 15 2024 are not changed."